

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lauren Marie Hopfenspirger, Appellant

No. 06-23-00030-CR          v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-20-27706).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Lauren Marie Hopfenspirger, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 29, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk